# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-1929

William Spiess, et al v. Pocono Mountain Regional Polic, et al

3-10-cv-00287

# O R D E R

The Court has received the Reply Brief from **Michael Rakaczewski, Wendy Bentzoni**.

**The brief does not comply with the following Court requirements:**

**Timeliness**

Brief filed out of time.

In order to cure a NON-TIMELY FILING **Michael Rakaczewski, Wendy Bentzoni** must file a motion for leave to file the brief out of time. Motion must be filed in electronic format only with a certificate of service.

**Counsel or the party(ies) must correct the above listed deficiencies by 05/30/2014. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

**Dated:   May 27, 2014**

**MS/cc:  Harry T. Coleman, Esq.**
         **Gerard J. Geiger, Esq.**
         **Sean P. McDonough, Esq.**
         **George A. Reihner, Esq.**
         **Frank J. Tunis, Esq.**

**For questions please contact the Clerk's Office at 267-299-4929.**